FILED

12/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0511

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0511

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

KEITH SCOTT STRECKER,

      Defendant and Appellant.

ORDER

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ray Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 30 2020